# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**ROBERT MARTIN CHRISTENSEN, III**,

    Petitioner,

  v.

**COREY FHUERE**,

    Respondent.

Civ. No. 6:22-cv-01174-CL

ORDER

**MCSHANE, Judge:**

Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 21), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiff did not file objections, the Court will review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and concludes that the report is correct.

Magistrate Judge Clarke's Findings and Recommendation (ECF No. 21) is adopted in full. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED, and this proceeding is DISMISSED with prejudice. Because Petitioner has not made a substantial showing of the denial of a constitutional right, the Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

DATED this 6th day of August, 2024.

                                                            /s/ Michael J. McShane
                                                             Michael McShane
                                                       United States District Judge